# AUTHORIZATION
(Prisoner's Account Only)

**1 : CV01-0280**

RECEIVED
HARRISBURG, PA
FEB 12 2001
MARY E. D'ANDREA, CLERK
Per _____

FILED
SCRANTON
FEB 13 2001
PER _____
DEPUTY CLERK

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, James Williams AY-8692, request and authorize the agency holding me in custody to send to the clerk of court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Dec 8, 1999

_James Williams_
Signature of Prisoner

P.S. I James Williams AY-8692 declare that my Financial status has not changed since Dec 8, 99 from my last authorization Prisoner's Account Form listed above. James Williams

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_____ None _____

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment   yes ( )  no (✓)

   b. Rent payments, interest or dividends                    yes ( )  no (✓)

   c. Pensions, annuities or life insurance payments          yes ( )  no (✓)

   d. Gifts or inheritances                                   yes ( )  no (✓)

   e. Any other sources                                       yes (✓)  no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

$50.00 Monthly from Ms. Sylvia Williams (Mother)

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

Dec 8, 1999                    James Williams
DATE                           SIGNATURE OF PLAINTIFF

Now Feb 5, 2001                James Williams

### IV. CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ __77.03__ on account to his credit at the __SCI Greene__ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ __66.18__; and that the average monthly deposits during the during the last six months were $ __28.56__.

I further certify that the applicant has the following securities to his credit according to the records of said institution:

_____ None _____

12/10/99                       Joni Kennedy CTS
DATE                           SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL

(a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury? Yes ___ No ✓

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____X_____

4. (a) Are you presently employed at the Institution? Yes ___ No ✓

(b) If yes, what is your monthly compensation? $ ___X___

5. Do you own any cash or other property; have a bank account; or receive money from any source?

If the answer is "yes" to any of the above, describe each source and the amount involved.

None

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _Dec 8, 99_   _James Williams_
             (Date)          (Signature of Plaintiff)

Also Feb 5, 2001  James Williams  Status has not changed

This certification is executed pursuant to Title 28, United States Code, Section 1746.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 12/10/1999
REMOTE PRINT TIME 13:25              FROM PURGE FILE             PAGE           1

   INMATE      NAME
   NUMBER      LAST              FIRST            MI          STARTING BALANCE
   AY8692      WILLIAMS          JAMES                              4.16

 BATCH     DATE                                            TRANSACTION BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION                 AMOUNT   TRANSACTION

  540  04-08-1999  32  COMMISSARY
                       APRIL 7, 1999                           -4.09        .07
  560  04-09-1999  13  PERSONAL GIFT FROM
                       SYLVIA WILLIAMS      E295116            50.00      50.07
  603  04-14-1999  38  INSIDE PURCHASES
                       XEROX                                   -2.60      47.47
  603  04-14-1999  38  INSIDE PURCHASES
                       XEROX                                   -1.70      45.77
  639  04-21-1999  32  COMMISSARY
                       APRIL 20, 1999                          -5.73      40.04
  681  04-27-1999  38  INSIDE PURCHASES
                       XEROX                                   -5.20      34.84
  681  04-27-1999  38  INSIDE PURCHASES
                       XEROX                                  -27.40       7.44
  681  04-27-1999  38  INSIDE PURCHASES
                       XEROX                                    -.70       6.74
  715  05-03-1999  38  INSIDE PURCHASES
                       XEROX                                    -.80       5.94
  719  05-03-1999  13  PERSONAL GIFT FROM
                       SYLVIA WILLIAMS      E089249            75.00      80.94
  727  05-05-1999  32  COMMISSARY
                       MAY 4, 1999                             -3.76      77.18
  732  05-05-1999  36  PRINTED MATERIALS
                       BARS INCORPORATE                       -25.00      52.18
  736  05-05-1999  38  INSIDE PURCHASES
                       XEROX                                   -2.00      50.18
  736  05-05-1999  38  INSIDE PURCHASES
                       XEROX                                    -.70      49.48
  781  05-12-1999  36  PRINTED MATERIALS
                       PAPER WINGS                            -30.00      19.48
  786  05-12-1999  38  INSIDE PURCHASES
                       XEROX                                   -2.70      16.78
  786  05-12-1999  38  INSIDE PURCHASES
                       XEROX                                   -1.20      15.58
  799  05-14-1999  37  POSTAGE
                                                               -6.95       8.63
  834  05-20-1999  32  COMMISSARY
                       MAY 19, 1999                            -5.32       3.31
  862  05-24-1999  38  INSIDE PURCHASES
                       XEROX                                   -8.00      -4.69
  994  06-10-1999  37  POSTAGE
                                                               -3.20      -7.89
 1058  06-17-1999  13  PERSONAL GIFT FROM
                       S WILLIAMS           D801167            50.00      42.11
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN   IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE 12/10/1999
REMOTE PRINT TIME 13:25              FROM PURGE FILE               PAGE        2

    INMATE    NAME
    NUMBER    LAST              FIRST           MI
    AY8692    WILLIAMS          JAMES
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 1069 | 06-18-1999 | 13 | PERSONAL GIFT FROM S WILLIAMS | D801194 | 25.00 | 67.11 |
| 1083 | 06-22-1999 | 37 | POSTAGE | | -4.74 | 62.37 |
| 1141 | 06-28-1999 | 38 | INSIDE PURCHASES XEROX | | -1.60 | 60.77 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | | 60.77 |

Case 1:01-cv-00280-YK-KH   Document 2   Filed 02/13/2001   Page 5 of 8

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE 12/10/1999
REMOTE PRINT TIME 13:25              FROM PURGE FILE               PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| AY8692 | WILLIAMS | JAMES | | 60.77 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 1166 | 07-01-1999 | 32 | COMMISSARY JUNE 30, 1999 | | -8.75 | 52.02 |
| 1221 | 07-09-1999 | 37 | POSTAGE | | -3.20 | 48.82 |
| 1235 | 07-12-1999 | 37 | POSTAGE | | -.77 | 48.05 |
| 1259 | 07-14-1999 | 14 | MISCELLANEOUS PROPERTY SETTLEMENT | | 5.00 | 53.05 |
| 1264 | 07-15-1999 | 32 | COMMISSARY JULY 14, 1999 | | -4.41 | 48.64 |
| 1291 | 07-19-1999 | 13 | PERSONAL GIFT FROM S WILLIAMS | D890576 | 25.00 | 73.64 |
| 1302 | 07-20-1999 | 38 | INSIDE PURCHASES XEROX | | -5.70 | 67.94 |
| 1360 | 07-27-1999 | 37 | POSTAGE | | -8.05 | 59.89 |
| 1361 | 07-27-1999 | 38 | INSIDE PURCHASES XEROX | | -1.60 | 58.29 |
| 1367 | 07-28-1999 | 32 | COMMISSARY JULY 27, 1999 | | -7.24 | 51.05 |
| 1387 | 07-29-1999 | 38 | INSIDE PURCHASES XEROX | | -2.60 | 48.45 |
| 1409 | 08-02-1999 | 38 | INSIDE PURCHASES XEROX | | -1.70 | 46.75 |
| 1422 | 08-03-1999 | 13 | PERSONAL GIFT FROM S WILLIAMS | E190779 | 50.00 | 96.75 |
| 1449 | 08-05-1999 | 38 | INSIDE PURCHASES XEROX | | -8.80 | 87.95 |
| 1449 | 08-05-1999 | 38 | INSIDE PURCHASES XEROX | | -2.80 | 85.15 |
| 1507 | 08-12-1999 | 32 | COMMISSARY AUGUST 11, 1999 | | -6.30 | 78.85 |
| 0 | 08-16-1999 | 82 | TRANSFER OUT GREENE | | | |
| 0 | 08-16-1999 | 81 | TRANSFER IN MAHANOY | | | |
| 6739 | 08-16-1999 | 32 | COMMISSARY FOR AUGUST 12, 1999 | | -3.85 | 75.00 |
| 0 | 08-16-1999 | 82 | TRANSFER OUT MAHANOY | | | |
| 0 | 08-16-1999 | 81 | TRANSFER IN GREENE | | | |
| 1534 | 08-16-1999 | 86 | ADJUST PAYMENT | | | |
| | | 32 | COMMISSARY CREDIT | | 6.30 | 81.30 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN     IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING        DATE 12/10/1999
REMOTE PRINT TIME 13:25              FROM PURGE FILE              PAGE          2
```

| INMATE | NAME | | |
|---|---|---|---|
| NUMBER | LAST | FIRST | MI |
| AY8692 | WILLIAMS | JAMES | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 0 | 08-16-1999 | 82 | TRANSFER OUT GREENE | | |
| 0 | 08-16-1999 | 81 | TRANSFER IN MAHANOY | | |
| 6744 | 08-17-1999 | 37 | POSTAGE 08/13/99  C&R | -4.96 | 76.34 |
| 6758 | 08-23-1999 | 32 | COMMISSARY FOR AUGUST 20, 1999 | -10.65 | 65.69 |
| 6758 | 08-23-1999 | 14 | MISCELLANEOUS COMMISSARY REFUND-082099 | 1.14 | 66.83 |
| 6760 | 08-23-1999 | 13 | PERSONAL GIFT FROM WILLIAMS,SYLVIA/E617413 | 40.00 | 106.83 |
| 6767 | 08-25-1999 | 37 | POSTAGE 08/23/99 | -2.31 | 104.52 |
| 8238 | 08-26-1999 | 32 | MAH COMMISSARY FOR  8/26/1999 | -14.78 | 89.74 |
| 8245 | 09-02-1999 | 32 | MAH COMMISSARY FOR  9/02/1999 | -7.33 | 82.41 |
| 6797 | 09-02-1999 | 37 | POSTAGE 9/2/99 LEGAL/CLEMENTON,NJ | -2.53 | 79.88 |
| 8252 | 09-09-1999 | 32 | MAH COMMISSARY FOR  9/09/1999 | -6.67 | 73.21 |
| 8259 | 09-16-1999 | 32 | MAH COMMISSARY FOR  9/16/1999 | -2.00 | 71.21 |
| 0 | 09-23-1999 | 82 | TRANSFER OUT MAHANOY | | |
| 0 | 09-24-1999 | 81 | TRANSFER IN GREENE | | |
| 1825 | 09-27-1999 | 36 | PRINTED MATERIALS OCEANA PUBLICATIONS | -18.00 | 53.21 |
| 1843 | 09-29-1999 | 34 | RADIO/TV OCTOBER CABLE | -15.98 | 37.23 |
| 8272 | 09-29-1999 | 32 | GRN COMMISSARY FOR  9/29/1999 | -3.51 | 33.72 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>        33.72
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM          RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE 12/10/1999
REMOTE PRINT TIME 13:25            FROM ACTIVE FILE             PAGE         1

     INMATE     NAME
     NUMBER     LAST              FIRST           MI         STARTING BALANCE
     AY8692     WILLIAMS          JAMES                              33.72
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 1871 | 10-04-1999 | 13 | PERSONAL GIFT FROM S SMITH | D957567 | 25.00 | 58.72 |
| 1911 | 10-07-1999 | 13 | PERSONAL GIFT FROM S WILLIAMS | E400292 | 25.00 | 83.72 |
| 8279 | 10-06-1999 | 32 | GRN COMMISSARY FOR 10/07/1999 | | -28.08 | 55.64 |
| 1929 | 10-12-1999 | 14 | MISCELLANEOUS IGWF #39627 | E569883 | 18.00 | 73.64 |
| 8286 | 10-13-1999 | 32 | GRN COMMISSARY FOR 10/13/1999 | | -9.43 | 64.21 |
| 8292 | 10-19-1999 | 32 | GRN COMMISSARY FOR 10/19/1999 | | -5.58 | 58.63 |
| 8299 | 10-26-1999 | 32 | GRN COMMISSARY FOR 10/26/1999 | | -3.74 | 54.89 |
| 8301 | 10-28-1999 | 86 32 | GRN COMMISSARY CR FOR 10/28/1999 | | 3.74 | 58.63 |
| 0 | 10-29-1999 | 82 | TRANSFER OUT GREENE | | | |
| 0 | 10-29-1999 | 81 | TRANSFER IN FRACKVILLE | | | |
| 8307 | 11-03-1999 | 32 | FRA COMMISSARY FOR 11/03/1999 | | -12.06 | 46.57 |
| 0 | 11-09-1999 | 82 | TRANSFER OUT FRACKVILLE | | | |
| 0 | 11-09-1999 | 81 | TRANSFER IN GREENE | | | |
| 2144 | 11-09-1999 | 13 | PERSONAL GIFT FROM S WILLIAMS | E332811 | 50.00 | 96.57 |
| 0 | 11-09-1999 | 82 | TRANSFER OUT GREENE | | | |
| 0 | 11-09-1999 | 81 | TRANSFER IN FRACKVILLE | | | |
| 8315 | 11-11-1999 | 32 | FRA COMMISSARY FOR 11/11/1999 | | -4.77 | 91.80 |
| 0 | 11-18-1999 | 82 | TRANSFER OUT FRACKVILLE | | | |
| 0 | 11-24-1999 | 81 | TRANSFER IN GREENE | | | |
| 2280 | 11-29-1999 | 37 | POSTAGE | | -9.15 | 82.65 |
| 2290 | 11-29-1999 | 37 | POSTAGE | | -3.20 | 79.45 |
| 8342 | 12-08-1999 | 32 | GRN COMMISSARY FOR 12/08/1999 | | -2.42 | 77.03 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>         77.03
```