UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. WILLIAMS, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 1:CV-01-0280 |
| MARTIN L. DRAGOVICH, ET AL., | : (Judge Kane) |
| Defendants | : |

FILED
HARRISBURG, PA
APR 2 4 2001
MARY E. D'ANDREA, CLE
PER_____
DEPUTY CLERK

### ORDER

On February 13, 2001, Plaintiff filed the above-captioned complaint pursuant to 42 U.S.C. § 1983. He also submitted an application to proceed in forma pauperis, a certified statement of his prison trust fund account and an authorization form. Plaintiff did not, however, utilize this court's form application to proceed in forma pauperis. Consequently, he will be directed to do so.

ACCORDINGLY, THIS 24th DAY OF APRIL, 2001, IT IS HEREBY ORDERED THAT:

> Plaintiff shall complete fully and return to the court the attached application to proceed in forma pauperis within twenty (20) days of the date of this order or the complaint will be dismissed without prejudice.

YVETTE KANE
United States District Judge

YK:dlb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
_____
_____
_____
_____

**Name of Plaintiff(s)**

v.

_____
_____
_____
_____

**Name of Defendant(s)**

_____
**Civil Case No.**

_____
**Judge**

(Number and Judge to be assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. _____ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _____ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted? Yes _____ No _____

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury? Yes _____ No _____

    (b) Please explain in detail why you are under imminent danger of serious physical injury:

    _____

_____

_____

_____

4.  (a)  Are you presently employed at the Institution?  Yes ____  No ____

    (b)  If yes, what is your monthly compensation?  $_____

5.  Do you own any cash or other property; have a bank account; or receive money from any source?  Yes ____  No ____

    If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____       _____
              (Date)                              (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

# AUTHORIZATION
(Prisoner's Account Only)

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _____, request and authorize the agency holding m[e in] custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylva[nia] a certified copy of the statement for the past six months of my trust fund account (or instituti[onal] equivalent) at the institution where I am incarcerated. I further request and authorize the agency hol[ding] me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in [the] amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand [that] the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be dedu[cted] from my account regardless of the outcome of my civil action. This authorization shall apply to any o[ther] agency into whose custody I may be transferred.

Date: _____, 19___

_____
Signature of Prisoner

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 24, 2001

Re:  1:01-cv-00280   Williams v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

James H. Williams
SCI-GREENE
AY-8692
175 Progress Drive
Waynesburg, PA  15370

cc:
Judge                                  (✓)                    ( ) Pro Se Law Clerk
Magistrate Judge                       ( )                    ( ) INS
U.S. Marshal                           ( )                    ( ) Jury Clerk
Probation                              ( )
U.S. Attorney                          ( )
Atty. for Deft.                        ( )
Defendant                              ( )
Warden                                 ( ) —w/ after att
Bureau of Prisons                      ( )
Ct Reporter                            ( )
Ctroom Deputy                          ( )
Orig-Security                          ( )
Federal Public Defender                ( )
Summons Issued                         ( )  with N/C attached to complt. and served by:
                                             U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                    ( )
Order to Show Cause                    ( )  with Petition attached & mailed certified mail
                                             to:  US Atty Gen ( )    PA Atty Gen ( )
                                                  DA of County ( )   Respondents ( )
Bankruptcy Court                       ( )
Other _____               ( )

MARY E. D'ANDREA, Clerk

DATE:  4/24/01                              BY: _____
                                                Deputy Clerk