JUDGE'S COPY                                           copy
                                                         7

United States District Court                MAY 17, 2001

For The

Middle District of Pennsylvania     FILED
                                    HARRISBURG, PA

                                    MAY 2 1 2001

James H. Williams (Plaintiff)       MARY E. D'ANDREA, CLERK
                                    PER_____ DEPUTY CLERK

        vs                          Civil # 1:CV-01-0280

Martin L. Dragovich, Et Al          (Judge Kane)

        (Defendant)


        This letter is to inform the clerk office that my

Address
~~Address~~ has temporary changed, it's now:

        Schuylkill County Prison
        230 Sanderson Street, Pottsville, Pa. 17901-1758

        Please forward all mail to the above address until

further notice.

        P.S. Have your office rec'd my Petition for In Forma

Pauperis and prison trust fund account, authorization form? those

document was mail a week ago.

        Attached is a self-address envelope (paid) for

your reply.

                        Thankyou very much.

                        James Williams   AY-869

                        Schuylkill County Prison

                        230 Sanderson Street

                        Pottsville, Pa. 17901-1758