```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE    5/14/2001
REMOTE PRINT TIME 10:50             FROM PURGE FILE            PAGE

   INMATE      NAME
   NUMBER      LAST              FIRST           MI             STARTING BALANCE
   AY8692      WILLIAMS          JAMES                              48.42
```

1: 01CV280

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8278 | 10-04-2000 | 32 | GRN COMMISSARY FOR 10/04/2000 | | -44.89 | 3.53 |
| 5006 | 10-05-2000 | 10 | MAINTENANCE PAYROLL 9/1/00-9/30/00 PAYROLL | | 10.80 | 14.33 |
| 5040 | 10-10-2000 | 86 | ADJUST PAYMENT | | 2.00 | 16.33 |
|  |  | 41 | MEDICAL FEE REFUND 9/22/00 | |  |  |
| 8286 | 10-12-2000 | 32 | GRN COMMISSARY FOR 10/12/2000 | | -16.04 | .29 |
| 5104 | 10-17-2000 | 13 | PERSONAL GIFT FROM S WILLIAMS | E940371 | 60.00 | 60.29 |
| 8293 | 10-19-2000 | 32 | GRN COMMISSARY FOR 10/19/2000 | | -44.15 | 16.14 |
| 5141 | 10-19-2000 | 39 | LEGAL FEES PAUPERIS FEE 99-2203 | | -24.16 | -8.02 |
| 0 | 11-02-2000 | 92 | TRANSFER OUT GREENE | |  |  |
| 0 | 11-03-2000 | 91 | TRANSFER IN FRACKVILLE | |  |  |
| 0 | 11-03-2000 | 92 | TRANSFER OUT FRACKVILLE | |  |  |
| 0 | 11-03-2000 | 91 | TRANSFER IN GREENE | |  |  |
| 5274 | 11-03-2000 | 13 | PERSONAL GIFT FROM S WILLIAMS | E701355 | 230.00 | 221.98 |
| 0 | 11-03-2000 | 82 | TRANSFER OUT GREENE | |  |  |
| 0 | 11-03-2000 | 81 | TRANSFER IN FRACKVILLE | |  |  |
| 0 | 11-06-2000 | 82 | TRANSFER OUT FRACKVILLE | |  |  |
| 0 | 11-06-2000 | 81 | TRANSFER IN GREENE | |  |  |
| 5301 | 11-06-2000 | 10 | MAINTENANCE PAYROLL 10/1/00-10/31/00 PAYROLL | | 5.76 | 227.74 |
| 5289 | 11-06-2000 | 37 | POSTAGE | | -43.55 | 184.19 |
| 0 | 11-06-2000 | 82 | TRANSFER OUT GREENE | |  |  |
| 0 | 11-06-2000 | 81 | TRANSFER IN FRACKVILLE | |  |  |
| 220 | 11-14-2000 | 43 | FURLOUGH TRASNFER TO COUNTY PER REQUEST | | -130.00 | 54.19 |
| 0 | 11-14-2000 | 82 | TRANSFER OUT FRACKVILLE | |  |  |

FILED SCRANTON MAY 17 2001 PER [signature] DEPUTY CLERK

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM            RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING           DATE   5/14/2001
REMOTE PRINT TIME 10:50              FROM PURGE FILE                PAGE       2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| AY8692 | WILLIAMS | JAMES | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 0 | 11-14-2000 | 81 | TRANSFER IN GREENE | | | |
| 5378 | 11-14-2000 | 39 | LEGAL FEES PAUPERIS FEE 99-2203 (FINAL) | | -16.32 | 37.87 |
| 0 | 11-14-2000 | 82 | TRANSFER OUT GREENE | | | |
| 0 | 11-14-2000 | 81 | TRANSFER IN FRACKVILLE | | | |
| 279 | 11-20-2000 | 13 | PERSONAL GIFT FROM SCHUYLKILL CTY PRISON/B568851 | | 104.31 | 142.18 |
| 8326 | 11-21-2000 | 32 | FRA COMMISSARY FOR 11/21/2000 | | -1.64 | 140.54 |
| 0 | 11-28-2000 | 82 | TRANSFER OUT FRACKVILLE | | | |
| 0 | 11-28-2000 | 81 | TRANSFER IN GREENE | | | |
| 5480 | 11-28-2000 | 13 | PERSONAL GIFT FROM S WILLIAMS | E703312 | 60.00 | 200.54 |
| 5493 | 11-29-2000 | 30 | PERSONAL GIFT TO SYLVIA WILLIAMS | | -50.00 | 150.54 |
| 8334 | 11-29-2000 | 32 | GRN COMMISSARY FOR 11/29/2000 | | -49.68 | 100.86 |
| 8334 | 11-29-2000 | 32 | GRN COMMISSARY FOR 11/29/2000 | | -2.29 | 98.57 |
| 8341 | 12-06-2000 | 32 | GRN COMMISSARY FOR 12/06/2000 | | -54.65 | 43.92 |
| 8347 | 12-12-2000 | 32 | GRN COMMISSARY FOR 12/12/2000 | | -43.81 | .11 |
| 0 | 12-15-2000 | 82 | TRANSFER OUT GREENE | | | |
| 0 | 12-15-2000 | 81 | TRANSFER IN FRACKVILLE | | | |
| 8350 | 12-15-2000 | 86 32 | FRA COMMISSARY CR FOR 12/15/2000 | | 1.64 | 1.75 |
| 0 | 12-15-2000 | 82 | TRANSFER OUT FRACKVILLE | | | |
| 0 | 12-15-2000 | 81 | TRANSFER IN GREENE | | | |
| 5711 | 12-21-2000 | 38 | INSIDE PURCHASES VENDA CARD #0000001 | | -5.00 | -3.25 |
| 5713 | 12-21-2000 | 10 | MAINTENANCE PAYROLL 11/16/00-12/15/00 PAYROLL | | 13.68 | 10.43 |
| 5740 | 12-27-2000 | 13 | PERSONAL GIFT FROM B SHARP | E931052 | 25.00 | 35.43 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE   5/14/2001
REMOTE PRINT TIME 10:50              FROM PURGE FILE           PAGE         3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| AY8692 | WILLIAMS | JAMES | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 5740 | 12-27-2000 | 13 | PERSONAL GIFT FROM S WILLIAMS | E892426 | 60.00 | 95.43 |
| 8364 | 12-29-2000 | 32 | GRN COMMISSARY FOR 12/29/2000 | | -93.99 | 1.44 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | | 1.44 |

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE   5/14/2001
REMOTE PRINT TIME 10:50            FROM ACTIVE FILE           PAGE        1

    INMATE     NAME
    NUMBER     LAST              FIRST           MI           STARTING BALANCE
    AY8692     WILLIAMS          JAMES                                1.44

 BATCH     DATE                                     TRANSACTION  BALANCE AFTER
   #     MO DY YEAR    TRANSACTION DESCRIPTION        AMOUNT      TRANSACTION

  5850   01-09-2001  13  PERSONAL GIFT FROM
                         S WILLIAMS         E705120      60.00        61.44
  5866   01-10-2001  30  PERSONAL GIFT TO
                         SYLVIA WILLIAMS                -60.00         1.44
     0   01-18-2001  82  TRANSFER OUT
                         GREENE
     0   01-19-2001  81  TRANSFER IN
                         FRACKVILLE
     0   01-19-2001  82  TRANSFER OUT
                         FRACKVILLE
     0   01-19-2001  81  TRANSFER IN
                         GREENE
  5942   01-19-2001  10  MAINTENANCE PAYROLL
                         12/16/00-1/15/01 PAYROLL       25.84        27.28
     0   01-19-2001  82  TRANSFER OUT
                         GREENE
     0   01-19-2001  81  TRANSFER IN
                         FRACKVILLE
  8024   01-24-2001  32  FRA COMMISSARY
                         FOR   1/24/2001                -9.61        17.67
   473   01-26-2001  41  MEDICAL
                         CO-PAY SICK CALL  1/25/01      -2.00        15.67
     0   01-31-2001  82  TRANSFER OUT
                         FRACKVILLE
     0   02-01-2001  81  TRANSFER IN
                         GREENE
  8036   02-05-2001  32  GRN COMMISSARY
                         FOR   2/05/2001                -2.95        12.72
  6139   02-08-2001  37  POSTAGE
                                                         -.34        12.38
  6152   02-09-2001  37  POSTAGE
                                                        -4.16         8.22
  6152   02-09-2001  37  POSTAGE
                                                        -5.00         3.22
  6164   02-12-2001  37  POSTAGE
                                                         -.34         2.88
  6181   02-13-2001  41  MEDICAL
                         MEDICAL FEES 2/12/01           -4.00        -1.12
  6203   02-15-2001  37  POSTAGE
                                                         -.34        -1.46
  6247   02-22-2001  13  PERSONAL GIFT FROM
                         S WILLIAMS         E331165     60.00        58.54
  6253   02-22-2001  37  POSTAGE
                                                         -.34        58.20
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING        DATE   5/14/2001
REMOTE PRINT TIME 10:50           FROM ACTIVE FILE            PAGE         2

     INMATE      NAME
     NUMBER      LAST             FIRST          MI
     AY8692      WILLIAMS         JAMES
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 6257 | 02-22-2001 | 10 | MAINTENANCE PAYROLL 1/16/01-2/15/01 PAYROLL | | .96 | 59.16 |
| 6335 | 03-02-2001 | 37 | POSTAGE | | -7.35 | 51.81 |
| 6335 | 03-02-2001 | 37 | POSTAGE | | -4.37 | 47.44 |
| 6335 | 03-02-2001 | 37 | POSTAGE | | -2.24 | 45.20 |
| 8064 | 03-05-2001 | 32 | GRN COMMISSARY FOR 3/05/2001 | | -16.10 | 29.10 |
| 6363 | 03-06-2001 | 38 | INSIDE PURCHASES XEROX | | -.60 | 28.50 |
| 6374 | 03-07-2001 | 37 | POSTAGE | | -2.45 | 26.05 |
| 6378 | 03-08-2001 | 13 | PERSONAL GIFT FROM S WILLIAMS | F188202 | 50.00 | 76.05 |
| 8067 | 03-08-2001 | 86 32 | GRN COMMISSARY CR FOR 3/08/2001 | | .81 | 76.86 |
| 6391 | 03-09-2001 | 30 | PERSONAL GIFT TO SYLVIA WILLIAMS | | -50.00 | 26.86 |
| 6439 | 03-14-2001 | 37 | POSTAGE | | -2.24 | 24.62 |
| 8078 | 03-19-2001 | 32 | GRN COMMISSARY FOR 3/19/2001 | | -2.37 | 22.25 |
| 6551 | 03-26-2001 | 38 | INSIDE PURCHASES XEROX | | -.20 | 22.05 |
| 6551 | 03-26-2001 | 38 | INSIDE PURCHASES XEROX | | -3.00 | 19.05 |
| 6601 | 03-30-2001 | 13 | PERSONAL GIFT FROM S WILLIAMS | F115822 | 60.00 | 79.05 |
| 8092 | 04-02-2001 | 32 | GRN COMMISSARY FOR 4/02/2001 | | -7.78 | 71.27 |
| 6634 | 04-03-2001 | 38 | INSIDE PURCHASES XEROX | | -12.00 | 59.27 |
| 6671 | 04-06-2001 | 38 | INSIDE PURCHASES XEROX | | -5.10 | 54.17 |
| 6680 | 04-09-2001 | 36 | PRINTED MATERIALS PRISON PEN PALS | | -39.95 | 14.22 |
| 6683 | 04-09-2001 | 37 | POSTAGE | | -.97 | 13.25 |
| 6683 | 04-09-2001 | 37 | POSTAGE | | -6.90 | 6.35 |
| 6713 | 04-11-2001 | 38 | INSIDE PURCHASES XEROX | | -1.20 | 5.15 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE   5/14/2001
REMOTE PRINT TIME 10:50              FROM ACTIVE FILE                 PAGE        3

     INMATE      NAME
     NUMBER      LAST              FIRST           MI
     AY8692      WILLIAMS          JAMES

     BATCH      DATE                                     TRANSACTION  BALANCE AFTER
       #     MO DY YEAR     TRANSACTION DESCRIPTION         AMOUNT     TRANSACTION

     6724    04-12-2001  37  POSTAGE
                                                             -3.71         1.44
     6756    04-16-2001  37  POSTAGE
                                                             -3.08        -1.64
     8106    04-16-2001  32  GRN COMMISSARY
                             FOR  4/16/2001                  -1.38        -3.02
     6871    04-26-2001  37  POSTAGE
                                                             -2.23        -5.25
        0    04-27-2001  92  TRANSFER OUT
                             GREENE
        0    04-27-2001  91  TRANSFER IN
                             FRACKVILLE

                 BALANCE AFTER THESE TRANSACTIONS------>                  -5.25
```

**CERTIFIED COPY**

DATE 5.14.01

Karen Patterson / Fiscal Tech Supv.

Name / Title