All Dfts, CT, Pltf
Summons Issued

9 pm
7/20/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES H. WILLIAMS,                      :
                                        :
        Plaintiff                       :   CIVIL NO. 1:CV-01-0280
                                        :
    v.                                  :   (Judge Kane)
                                        :
MARTIN L. DRAGOVICH, ET AL.,            :
                                        :
        Defendants                      :

FILED
HARRISBURG, PA
JUL 19 2001
MARY E. D'ANDREA, CLERK
Per _____
  Deputy Clerk

ORDER

AND NOW, THIS 17th DAY OF July 2001, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed <u>in forma pauperis</u> is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

_____
YVETTE KANE
United States District Judge

YK:dlb

---

1. Williams completed this court's form application to proceed <u>in forma pauperis</u> and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.