United States District Court for the
Middle District of Pennsylvania

**Law Clerk's Copy**

James H. Williams,
  Plaintiff
vs
Martin L. Dragovich, ET. AL
  Defendants

Civil No# 1:CV-01-0280
(Judge Kane)

FILED
HARRISBURG
JUL 25 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

<u>Notice with the Clerk's office</u>

Dear; Mrs. Mary E. D'Andrea, Clerk of Court.

Plaintiff, James Williams, Pro-se, received a copy of an order directing United States Marshal to serve Plaintiff's complaint on the defendants named therein, dated July 17, 2001.

This notice is to inform the courts, so that your office can forwarded this information to United States Marshal office. The list of Defendants current address has been changed that plaintiff knew of.

1. Mr. Richard L. Spaide, 1005 E. 1st Street, Nescopeck, PA. 18635  S.S.# 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. (No longer works at S.C.I. Mahanoy)

2. Mr. Martin L. Dragovich, Dept of Correction Camp Hill, P.O. Box 200, Camp Hill, PA. 17001-0200 (No longer works at S.C.I. Mah─

3. Mr. James J. McGrady address remain the same.

Plaintiff, does not have the address to U.S. Marshal off─ since the filing of Marshal form the addresses has changed.

Thank you very much.

James Williams

James Williams AY-8692
Schuylkill County Prison
230 Sanderson Street
Pottsville, PA. 17901

Date July 23, 2001