# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES H. WILLIAMS,      :
               Plaintiff   :
                         :    No. 1:CV-01-0280
     v.                      :
                         :    (Judge Kane)
MARTIN L. DRAGOVICH, JAMES J.   :
McGRADY and RICHARD L. SPAIDE,   :
           Defendants : 

**FILED**
HARRISBURG, PA

AUG 17 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Martin L. Dragovich,

James J. McGrady and Richard L. Spaide in the above captioned case.

**LINDA S. LLOYD**
**Deputy Attorney General**

**OFFICE OF ATTORNEY GENERAL**
**15th Floor, Strawberry Square**
**Harrisburg, PA  17120**
**(717) 705-7327**
**FAX  (717) 772-4526**

**Date:  August 17, 2001**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES H. WILLIAMS,                    :
                   Plaintiff    :
                                     :    No. 1:CV-01-0280

              v.                  :    (Judge Kane)

MARTIN L. DRAGOVICH, JAMES J.   :
McGRADY and RICHARD L. SPAIDE,  :
                Defendants :

### CERTIFICATE OF SERVICE

         I, Linda S. Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on August 17, 2001, I served a true and correct copy of the foregoing Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

         James H. Williams, AY-8692
         175 Progress Drive
         Waynesburg, PA  15370

                                           _____
                                           LINDA S. LLOYD
                                           Deputy Attorney General