Law Clerk's Copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. WILLIAMS, Plaintiff | |
| v. | No. 1:CV-01-0280 |
| | (Judge Kane) |
| MARTIN L. DRAGOVICH, JAMES J. McGRADY and RICHARD L. SPAIDE, Defendants | |

FILED
HARRISBURG
SEP 2 1 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, defendants Dragovich, McGrady and Spaide, move the Court to dismiss the complaint against them for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

A brief in support of this motion will be submitted within ten (10) days pursuant to Local Rule 7.5 of the United States District Court for the Middle District of Pennsylvania.

**WHEREFORE**, the complaint should be dismissed.

Respectfully submitted,

**D. MICHAEL FISHER**
Attorney General

By: _____
LINDA S. LLOYD
Deputy Attorney General
I.D. #66720

Office of Attorney General  
15th Fl., Strawberry Square  
Harrisburg, PA 17120  
(717) 705-7327  

Dated: September 21, 2001

SUSAN J. FORNEY  
Chief Deputy Attorney  
Chief, Litigation Section  
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES H. WILLIAMS,
    Plaintiff

v.

MARTIN L. DRAGOVICH, JAMES J.
McGRADY and RICHARD L. SPAIDE,
    Defendants

No. 1:CV-01-0280

(Judge Kane)

## CERTIFICATE OF SERVICE

I, Linda S. Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 21, 2001, I served a true and correct copy of the foregoing Motion to Dismiss, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

James H. Williams, AY-8692
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

James H. Williams
Schuylkill County Prison
230 Sanderson Street
Pottsville, PA 17901-1758

_____
LINDA S. LLOYD
Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES H. WILLIAMS,  :
      Plaintiff  :
            :  No. 1:CV-01-0280
v.  :
            :  (Judge Kane)
MARTIN L. DRAGOVICH, JAMES J.  :
McGRADY and RICHARD L. SPAIDE,  :
      Defendants :

## ORDER

AND NOW, this _____ day of _____, 2001, upon consideration of the motion to dismiss filed by defendants Dragovich, McGrady and Spaide, and plaintiff's response thereto, IT IS HEREBY ORDERED that the motion is GRANTED. The complaint is hereby dismissed, and the Clerk is directed to close the file in this case.

                                            BY THE COURT:

                                            YVETTE KANE
                                            United States District Judge