(15)

12/11/

<u>United States District Court</u>
<u>For The</u>
<u>Middle District of Pennsylvania</u>

James H. Williams
     Plaintiff

    vs

Martin L. Dragovich. ET AL,
        Defendants

Civil No.# 1:CV-01-02

(Judge Kane)

FILED
HARRISBURG, PA

DEC 10 2001

MARY E. D'ANDREA, CLERK
Per_____

<u>Notice</u>

    On February 13, 2001. Plaintiff filed the Above-captioned Complaint pursuant to 42 U.S.C. §1983.
    On July 17, 2001 this Court ordered U.S. Marshal to Serve plaintiffs Complaint on Defendants therein.

    As of December 6, 2001 plaintiffs has not recid any other documents from this Court or from Linda S. Lloyd Deputy Attorney General office concerning the Above Complaint while housed at Schuylkill County Prison between April 30, 2001 until November 2, plaintiff's is currently now housed at S.C.I. Frackville. Awaiting return back to S.C.I. Green parent Institution.
    The <u>"Mail-Room Staff"</u> at Schuylkill County Prison And/or S.C.I. Frackville shall establish plaintiffs not recieving Any per from Courts or Attorney General office to date.
    Plaintiff is concern with such delay from Attorney General office.

(Pro-se)

Respectfully Submitted James Will
James Williams AY-869
1111 Altamont Blvd
Frackville, PA. 17931-269

Date December 6, 2001

In the United States District Court for the
Middle District of Pennsylvania

James H. Williams,
                    Plaintiff

            VS                                              No. 1:CV-01-0280

Martin L. Dragovich,
James J. McGrady And
Richard L. Spaide,
                        Defendants.

Certificate of Service

      I, James H. Williams, Pro-se, hereby certify that on
December 6, 2001, I serve a true and correct copy of the
attached notice, by causing it to be deposited in the United
States Mail, first-class postage prepaid to the following:

Clerk's office of                              Linda S. Lloyd
U.S. District Courthouse                       Deputy Attorney General
228 Walnut Street                              15th Floor, Strawberry Squ
P.O. Box 983                                   Litigation Section
Harrisburg, PA. 17108                          Harrisburg, PA. 17120

                                               James Williams
                                               James Williams Pro-se
Date. December 6, 2001                         1111 Altamont Blvd
                                               Frackville, PA. 17931-2699