**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

December 14, 2001

James H. Williams AY-8692
SCI-Frackville
111 Altamont Blvd.
Frackville, PA. 17931-2699

FILED
SCRANTON
DEC 17 2001
PER _____
DEPUTY CLERK

RE:  Williams v Dragovich
     1:CV-01-0280

Dear Mr. Williams:

In response to your recent correspondence ("NOTICE") of December 6, 2001, please find enclosed a copy of the Docket Sheet for Case No.: 1:CV-01-0280. Please be advised for future reference, if you request copies of any documents from the Court, the Clerk of Courts will charge you fifty cents per page per document requested. The costs must be paid in advance. You may ask the Clerk of Court to advise you as to the cost per each document requested.

The Complaint was served on July 17, 2001. A Motion to Dismiss was filed by the Defendants on September 21, 2001. If you did not receive a copy of the Motion to Dismiss, it may be that the Court was not advised of your most recent address change. It is your responsibility to keep the Court informed as to your current address. The address on the Docket presently is Schuylkill County Prison, 230 Sanderson Street, Pottsville, PA. 17901-1758.

Very truly yours,

Margaret M. Gatusky, Esq.
Pro Se Law Clerk