JUDGE'S COPY

<u>In the United States District Court for the Middle District Court of Pennsylvania</u>

copy (17)

James H. Williams
(Petitioner)

vs.

Martin L. Dragovich et. al.
(Defendants)

Civil Action

No# 1:CV-01-0280

(Judge Kane)

FILED
HARRISBURG
DEC 28 2001
MARY E. D'ANDREA
Per _____ Deputy Clerk

<u>Change of Address</u>

This notice is to inform the Courts that plaintiffs have returned back to <u>S.C.I. Greene</u> 175 Progress Drive Waynesburg PA. 15370-8090

Please forward all Documents to S.C.I. Greene

Respectfully Submitted (Pro-se)
James Williams

James H Williams AY-8692
S.C.I. Greene
175 Progress Drive
Waynesburg, PA. 15370

Dated December 21, 2001