To: Margaret M. Gatusky, Esq
Pro-se law clerk
United States District Court

(22)

February 13, 2002

RE: Williams vs Dragovich
1: CV-01-0280

FILED SCRANTON FEB 1 9 2002 PER ___ DEPUTY CLERK

Dear Ms. Gatusky, Esq

According to your letter dated December 14, 2001 you informed petitioner upon request for any documents it will cost 50¢ fifty cents per page. petitioner civil case are docketed for February 13, 2001 upon filing this suit, petitioner also mailed several other documents, cash-slips, mail receipts from S.C.E. Greene Mail-Room, etc. I'm in need of copies of everything I mailed with the petition, except for the petition itself I already have a copy of it.  please let me know the exact cost. these documents deal with the reason why the petition was filed a little late. those are the documents I'm referring to. again being filed Feb 13, 2001.

Thank you very much I'll await your reply.

James Williams AY-8692
175 Progress Drive
Waynesburg, Pa. 15370
James Williams (Pro-se)

P.S. This is my current address for all motions and petition ⟶