OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

February 27, 2002

James Williams
AY-8692
175 Progress Drive
Waynesburg, PA. 15370

**FILED
SCRANTON
FEB 27 2002
PER _____
DEPUTY CLERK**

Re:  No. 1:01-CV-0280

Dear Mr. Williams:

    I am writing in response to your recent correspondence to me dated received February 19, 2002. I am enclosing a copy of the docket sheet on you case, at no charge, this one time. You can figure out how much needs to be sent to the Clerk of Courts in order to obtain the documents you require.
    As indicated previously, copies are available to the public at a cost of $.50 per page. Send your payment to the Clerk of Courts and a copy of the docket will be sent to you.

Sincerely,

Margaret M. Gatusky, Esquire
Pro Se Law Clerk

MMG/mg