Office of the Clerk, United States District Court for the
Middle District of Pennsylvania

(24)

August 22, 2002

Margaret M. Gatursky, Esq.
Pro Se Law Clerk
U.S. District Court
Middle District of Pa.
P.O. Box 1148
Scranton, Pa. 18501-1148

FILED
SCRANTON
AUG 28 2002
PER _____

James Williams AY8692
175 Progress Drive
Waynesburg, Pa. 15370

RE: Williams vs. Dragovich et al
1:CV-01-0280 (M.D. Pa.)

Dear Ms. Gatursky, Esq

2002.
I've not heard anything from the courts since February
Is my law-suit still pending?
If so, when can I expect the courts to make a ruling?

P.S. As of February 2002, I've not rec'd any other
notice from the courts to date, this statement is for the record.

I'll await your reply.

Sincerely,
James Williams
Pro-Se