In the United States District Court
For the Middle District of Pennsylvania

27
10/25/0

James H. Williams,
(Plaintiff)

vs

Martin L. Dragovich, ET AL.,
(Defendants)

ORIGINAL

Civil No# 1:CV-01-0280

(Judge Kane)

FILED
HARRISBURG, PA

OCT 24 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Motion for Reconsideration Pro Se.

Pursuant to Rules 7.10 of the Federal Rules of Civil Procedure, Plaintiff James H. Williams, Pro se. Move the Court for Reconsideration of the <u>Memorandum and order</u>, dated October 9, 2002.

1. Granting Defendant's motion to dismiss (Doc. No. 13) with Respect to Defendants Martin L. Dragovich and James J. McGrady, under two (2) yrs statute of limitations which is barred by Pennsylvania's statute. Safety & Health.

2. Defendant Richard L. Spaide, in part, to dismiss Health issue under two (2) statute of limitations.

3. Defendant's motion to dismissed should have been ~~denied~~ Granted, under;
(A) Continuance theory of injury. from date of being Returned to block and date injury occurred in question. Statute of limitations does not commence until injury has ended or threat ceased.

A concise brief in support of this motion will be submitted within ten (10) days pursuant to Local Rule 7.5 of the United States District Court for the Middle District of Pennsylvania.

Wherefore, order or decree should be Reconsidered and Granted.
Respectfully Submitted.
James Williams Pro se
James W Williams AY-8692

Note: Case No# 1:01-cv-280
Document No# 25.

In the United States District Court

For the Middle District of Pennsylvania

James H. Williams
   Plaintiff

vs

Martin L. Dragovich, ET AL.
   Defendants

No. 1:CV-01-0280

(Judge Kane)

## Certification of Service

I, James H. Williams, Pro se, Plaintiff, hereby certify that on October 19, 2002, I served a true and correct copy of the foregoing Motion for Reconsideration Pro se, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Office of the Clerk
United States District Court
Middle District of Pa
235 North Washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148

U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

Linda S. Lloyd (D.A.G) #66720
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

James H Williams Pro se

James H. Williams AY-8692
175 Progress Drive
Waynesburg Pa. 15370

Date October 18, 2002

In the United States District Court

For the Middle District of Pennsylvania

James H. Williams
    Plaintiff

vs

Martin L. Dragovich, ET AL.
    Defendants

No.# 1:CV-01-0280

(Judge Kane)

## ORDER

And Now, this _____ day of _____, 2002 upon consideration of Plaintiff Motion for Reconsideration of the Memorandum and order, dated october 9, 2002. granting defendant motion to dismiss in part.

It is Hereby ordered that the motion is Granted.

The Defendants is hereby ordered to submit Reply brief within ten (10) days of receiving Plaintiff's brief for Reconsideration.

By the Court:

_____
Yvette Kane
United States District Judge

In The United States District Court
For The Middle District of Pennsylvania

Mary E. D'Andrea
Clerk of Court
U.S. District Court
228 Walnut St
P.O. Box 983
Harrisburg, Pa. 17108

James Williams AY-8692
175 Progress Drive
Waynesburg, Pa. 15370

October 18, 2002

RE: Williams vs Dragovich ET AL. Defendants.
1:CV-01-0280 (M.D.Pa)

Dear Mrs. D'Andrea

Enclose please find one original and one xerox of motion for reconsideration of order entered October 9, 2002 by Judge Kane for filing.

Note: Plaintiff did not rec'd notice of order until October 18, 2002. Case No# 1:01-CV-280 Document No# 25; 1 copy was printed: October 16, 2002. at 02:59 PM.

Yours Truly
James Williams
Pro-Se