Dear; Ms. Gatusky, Esq.                                April 15, 2003.

I'm writing in reference to:

RE: No.# 1:01-CV-0280
Williams vs Dragovich

On November 4, 2002, plaintiff's filed brief in support of motion for Reconsideration to Dismiss in part.

As of April 15, 2003, plaintiff's hasn't rec'd any response from this court to date.

I need to know the outcome of such proceeding concerning Reconsideration; and whether the case is still pending.

FILED
SCRANTON
APR 21 2003
PER _____
DEPUTY CLERK

Sincerely yours
James Williams (plaintiff's pro-se)

James Williams AY-8697
175 Progress Drive
Waynesburg, Pa. 15370

Williams    AY-8622
175 Progress Drive
Waynesburg, PA., 15370

"INMATE MAIL – PA DEPARTMENT OF CORRECTIONS"

SCOUTING FOR FOOD MONTH



To: Margaret M. Gataskie, Esq.
(Pro se law clerk)
office of the Clerk
U.S. District Court for the
Middle District of Pennsylvania
235 North Washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148