In the United States District Court For The
Middle District Court of Pennsylvania

James H. Williams,
(Petitioner)

vs

Martin L. Dragovich, Supt, et al
Attorney: Linda S. Lloyd
(Respondants)

Civil Action

Docket Number #01-cv-280

42 U.S.C. 1983 Civil Complaint

Hon. Judge Yvette Kane

**FILED**
**SCRANTON**

**JUN 2 3 2003**

PER _____
**DEPUTY CLERK**

Notice of Appeal

Please take notice that the above petitioner/appealant hereby Appeals in part, from an order and/or Judgement from the United States Middle District Court of Pennsylvania at Docket Number 01-cv-280, to the United States Court of Appeals for the Third Circuit Court in Pa., Entered on June 13, 2003 Dismissing Motion for ~~record~~ Reconsideration brought pursuant to 42 § U.S.C. 1983 and F.R.A.P. 3 Appeal as of Right

this order has been entered in the docket 31, as evidenced by the attached copy of the Court docket entry.

June 19, 2003

By James Williams

James Williams Pro-se
AY-8692 (S.C.I. Greene)
175 Progress Drive
Waynesburg, Pa. 15370

(1)