**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 03-2823

Williams

vs.

Dragovich, et al.

James H. Williams, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00280)

**O R D E R**


Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.


A True Copy:

*Marcia M. Waldron*

―――――――――――――
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: August 20, 2003

CC:
Mr. James H. Williams
Linda S. Lloyd, Esq.