OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

```
  Harrisburg PA Clerk of District Court        Date August 20, 2003
     (District)

Williams v. Dragovich                          C. of A. No.   03-2823
     (Caption)

James H. Williams
     (Appellant)

    D.C.01-cv-00280
     (D.C. No.)

Enclosures:

  August 20, 2003    Certified copy of C. of A. Order by the Court/Clerk
     (Date)


_____ Released (Record) (Supplemental Record - First - Second - Third)


_____ Copy of this form to acknowledge receipt and return to C. of A.


_____ Record not released at this time until appeal(s) closed at No.(s)_____


_____ Please forward Certified List in Lieu of Record to this office.


_____ The certified copy of order issued as the mandate on_____
              is recalled.


                                         Chiquita Dyer (267)-299- 4919
                                         Deputy Clerk      Telephone Number
Receipt Acknowledge:

_____
     (Name)


_____
     (Date)
                                                           Rev. 3/13/00
                                    Appeals (Certified List in Lieu of Record)
```

N:\record release.wpd