UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2823

Williams v. Dragovich

To:  Clerk

1) Appellant's Motion to Reopen Filed January 28, 2004

---

No action will be taken in regard to the foregoing motion since a prior motion to reopen was filed and docketed on August 29, 2003. The Court will not consider repetitive submissions. Submissions are expected to be complete and in final form at the time that they are submitted and supplements or amendments to a previously filed document will be accepted for filing only by leave of the Court.

For the Court,

*Marcia M. Waldron*
Clerk

Dated: March 29, 2004
CMD/cc: Mr. James H. Williams
        Linda S. Lloyd, Esq.