CPS-134                                               March 18, 2004

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **03-2823**

JAMES H. WILLIAMS,

    Appellant

v.

MARTIN L. DRAGOVICH, ET AL.

(M.D. Pa. Civ. No. 01-cv-00280)

Present:   ALITO, FUENTES AND CHERTOFF, <u>CIRCUIT JUDGES</u>

    Submitted are:

    (1)   By the Clerk for possible dismissal due to a jurisdictional defect;

    (2)   Appellant's motion for leave to appeal <u>in forma pauperis</u> and affidavit in support thereof, under Federal Rules of Appellate Procedure;

    (3)   Appellant's motion to reopen the appeal; and

    (4)   Appellant's response to possible dismissal due to a jurisdictional defect

    in the above-captioned appeal.

                                        Respectfully,

                                        Clerk

MMW/JLR/je/cmd

CPS-134                                                                                        March 18, 2004

JAMES H. WILLIAMS,
    v.
MARTIN L. DRAGOVICH, ET AL.
C.A. No. 03-2823
Page 2

_____ORDER_____

Appellant's motion to reopen this appeal and motion to proceed in forma pauperis are granted. This court has jurisdiction of appeals from final decisions of the district courts. 28 U.S.C. § 1291. In general, a judgment is not final for purposes of appeal until a district court has disposed of all claims against all parties. Hindes v. Fed. Deposit Ins. Corp., 137 F.3d 148, 155 (3d Cir. 1998). Because the District Court has not disposed of all of Appellant's claims, this appeal is dismissed for lack of appellate jurisdiction. The Clerk shall assess the appropriate fees.

A True Copy:

_____
Marcia M. Waldron,
Clerk

By the Court,

   /s/   Julio M. Fuentes, Circuit Judge

Dated: April 21, 2004
CMD/cc: Mr. James H. Williams
        Linda S. Lloyd, Esq.