OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Harrisburg Pennsylvania** Clerk
  (District)

Date _____ **4/21/04** _____

**Williams v. Dragovich**
  (Caption)
James H. Willimas
  (Appellant)

C. of A. No. 03-2823

01-cv-00280
  (D.C. No.)

Enclosures:

_____ **4/21/04** _____ Certified copy of C. of A. Order by the **Court**/Clerk
       (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

____ The certified copy of Judgement issued as the mandate on _____ is recalled.

               Chiquita Dyer _____  (267)-299- 4919 ____
                 Case Manager       Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)