OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Harrisburg Pennsylvania** Clerk
(District)

Date___4/22/04___

**Williams v. Dragovich**
(Caption)
James H. Willimas
(Appellant)

C. of A. No. 03-2823

01-cv-00280
(D.C. No.)

Enclosures:

____4/22/04____ Certified copy of C. of A. Order by the Court /**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

____ The certified copy of Judgement issued as the mandate on _____ is recalled.

____Chiquita Dyer____   (267)-299-_4919_
Case Manager             Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)