# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | |
| Plaintiff | : | CIVIL NO. 1:CV-01-280 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| RICHARD L. SPAIDE, | : | |
| Defendant | : | |
| | : | |

## **ORDER**

NOW, THIS  26th  DAY OF APRIL, 2004, IT IS HEREBY ORDERED THAT:

1. All discovery shall be completed within thirty (30) days of the date of this Order.

2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

   S/ Yvette Kane
YVETTE KANE
United States District Judge