To: Mary E. D'Andrea
Clerk of Courts
U.S. District Court
228 Walnut St. Rm 1060
Harrisburg, Pa. 17108

RE: Mr. Williams AY-8692
Docket No# 03-2823
Williams vs Dragovich
District CT # 01-cv-00280

FILED
HARRISBURG, PA
MAY 03 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Today April 26, 2004, Appellant James Williams Rec'd Court order directing the Prison to deduct $255.00 from my account for the above-caption in relation of filing an appeal before this court granted In Forma Pauperis status. Appellant was informed by this court that in order to file an appeal it would cost $105.00 not $255.00. The notice I rec'd over four (4) months ago was $105.00 therefore the bill should only be for $105.00 not $255.00. (This CT initially dismissed for failure to prosecute appeal because they never rec'd documents. Jail never said mailed. Will await your reply.

documents. Reopen appeal was only based on sending documents that proved appellant did prosecute appeal on time. Appellant must have permission extn!)

Date April 26, 2004

Thank you very much.

James Williams

James H Williams AY-8692
175 Progress Drive
Waynesburg, Pa. 15370

Williams AY-8693
175 Progress Drive
Waynesburg, PA., 15370

PA DEPT.
OF CORRECTIONS

WAYNESBURG PA APR 27 '04

$0.37 U.S. POSTAGE
PB METER 7034640

To: Mary E. A'Andrea, Clerk
United States District Court
Middle District of Pa.
228 Walnut St. Room 1060
Harrisburg, Pa. 17108

17108+3301