CV-01-280

**FILED**
HARRISBURG, PA

MAY 0 4 2004

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

```
Tue May  4 14:05:51 2004

UNITED STATES DISTRICT COURT
  SCRANTON        , PA
Receipt No.   111 140853
Cashier           pamela

Tender Type  CHECK

Check Number: 90962

Transaction Type    AR

D0 Code    Div No      Acct
 4667         1       5100PL

Amount            $     21.34

SCI GREENE 169 PROGRESS DR WAYNESBO
RO, PA 15370

PARTIAL FILING FEE IN 01-CV-280


                           bn
```