<u>In the United States District Court</u>
<u>For the Middle District of Pennsylvania</u>

James H. Williams
Plaintiff

vs

Richard L. Spaide
Defendant

Civil No# 1:CV-01-280

Judge Kane

FILED
SCRANTON
MAY 2 4 2004
Per_____

<u>Plaintiff's First Request</u>
<u>For Production of Documents</u>

Pursuant to Rule 34 of the Federal Rule of Civil Proceduze and District Court order dated April 26, 2004.
A) All discovery shall be completed within thirty (30) days of the date of this order.
B) Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

Plaintiff hereby Requests that Defendants proceduce for inspection and copying, the documents and tangible things identified below within thirty (30) calendar days of the service of this document Request.

1) Any and all policies, procedures, Regulations, instructions, Memoranda. Dep't of Correction "Code of Ethics" DC-174, internal communication and directives in effect from January of 1997 through February 1999 from State Correctional Institutional at Mahanoy, PA. (S.C.I. Mahanoy) 301 Morea Road, Frackville, PA. 17932

This include policies and procedures as stated above for I-block as well, where the incident occurred. I-block has a seperate Rule and Regulation dealing with level 4 inmates. then population level 3.

(DC-ADM 801, DC-ADM 802 and DC-ADM 804)

2) Any and all smoking and nonsmoking policies, cell agreements, documents plaintiff signed upon arrival at S.C.I. Mahanoy Jan 7, 97 relating to being a smoker or non-smoker status. Each cell assignment of plaintiff while housed on I-block only July 98 thru Feb, 99 at S.C.I. Mahanoy.

3) Any notes, documents, letters, memoranda, files, records, record books, logs, grievance reports or written communications concerning complaints made against Mr. Richard L. Spaide Unit Manager at S.C.I. Mahanoy, between July 98 thru Feb 8, 99 filed by plaintiff and/or other inmates housed on I-block with Mr. Spaide Defendant. This include any reprimand report as well, within the Dept of Correction as well outside of Dept of Correction.

4) Also specifically, any and all procedures dealing with seperation of staff and inmates relating to threats and assaults policy.

5) All statements made by Mr. Spaide Defendant concerning plaintiffs relating to smoking incident, threats against Defendant and assault Feb 8, 99 and/or prior to February 8, 1999. Threats.

6) S.C.I. Mahanoy logs or files to determine exact time Mahanoy staff ran exercise yard on February 8, 99. Time started and ceased yard movement.

Date May 17, 2004

By: James Williams pro se.
James H. Williams AY-8692

175 Progress Drive
Waynesburg, PA. 15370

(2)