In the United States District Court
For the Middle District of Pennsylvania

James H. Williams
Plaintiff

vs

Richard L. Spaide.
Defendant

Civil No# 1:CV-01-280

Judge Kane

## Plaintiff's First Set of Interrogatories to Defendants

Pursuant to Rule 33 of the Federal Rules of Civil Procedures and order of this Court dated April 26, 2004.
Plaintiff James H. Williams, pro se (hereinafter) Plaintiff) hereby Requests that Defendants Answer the following interrogatories under oath, in accordance with the Definitions and Instructions set forth below. Within thirty (30) calendar days after service of these Interrogatories.

### Definitions and Instructions

A) As used herein, the term "document" means every typed of Recorded, information dated or prepared prior to or subsequent to this action, including but not limited to any memorandum, note, report, letter, correspondence, message, Record, instruction, cell assignment, order, policies, procedures, Regulations, Directives and any other written, Recorded, electronic, however produced or reproduced and, in the absence of the original, a copy thereof and any copy bearing markings not present on the original or other copy thereof.

(b) The word "incident" includes the circumstances and events surrounding the alleged denial of 8th Amendment violation to Plaintiff

- And other occurrences giving raise to this action.

(c) The word "identify" as used with respect to any documents is understood to mean the following:
1) Title;  2) Date;  3) Name and position of originator  4) Name and position of any and all recipients;  5) Name and position of any other person who received copies or any portion of the document in question;  6) Description of the document subject matter and contends  7) Location of the document;  8) Name and position of the custodian of the document.

(d) The word "identify" as used with respect to any person is understood to mean the following information is to be provided
1) Full name;  2) Present or last known business address  3) Occupation and title; and  5) Present or last known employer.

## Interrogatories

1. Identify any and all documents relating to the release of plaintiff's being returned to Mr. Spaide unit manager block after plaintiff served 60 days disciplinarian for threatening defendant

2. Identify any and all statement made by Mr. Spaide (Defendant) before and after the incident of Feb 8, 1999 Assault (objection) plaintiff being returned back to his block.

3. Identify any and all investigation relating to threatening M.C.# A-125751 against defendant.

4. Identify any and all policy and procedures concerning when an inmate threaten staff, specifically; seperation procedures used to avoid harm.

5. Identify any and all S.C.I. Mahanoy polices relating to I-block rules and regulation and policies of DC-ADM 801, 802 and DC-ADM 804 while at Mahanoy between Jan 97 thru Feb 8, 99.

6. Identify any documents related to any complaint, grievance criticism, censure, reprimand or rebuke directed toward defendant Spaide prior to or subsequent to the incident giving rise to this proceeding

Date May 17, 2004

by James Williams Pro se
James Williams AY-8692
175 Progress Dr
Waynesburg, PA 15370

(2)

<u>In the United States District Court</u>
<u>For the Middle District of Pennsylvania</u>

James H. Williams
Plaintiff

vs

Richard L. Spaide
Defendant

Civil No# 1:CV-01-280

Judge Kane

<u>Certificate of Service</u>

I, James H. Williams pro se hereby certify that on May 20, 2004, I served a true and correct copy of <u>Plaintiff's First Request for Documents</u> and <u>Plaintiff's First set of Interrogatories to Defendants</u>. By causing it to be deposited in the United States mail, first-class postage pre-paid to the following:

Linda S. Lloyd (D.A.G)
15th Floor, Strawberry Square
Litigation Section
Harrisburg, PA. 17120

Dist. Judge Yvette Kane
U.S. District Court
Middle Dist of PA.
228 Walnut St
P.O. Box 983
Harrisburg, PA. 17108

Date May 20, 2004

By James Williams Pro se
James Williams AY-8692
175 Progress Drive
Waynesburg, PA. 15370

<u>In the United States District Court</u>
<u>For the Middle District of Pennsylvania</u>

To: Mary E. D'Andrea
Clerk of Court
U.S. Dist CT Middle Dist PA
235 North Washington Ave
Scranton, PA. (P.O. Box 1148)
18501-1148

James Williams AY-8692
175 Progress Dr.
Waynesburg, PA. 15370

May 20, 2004

RE: Williams vs Spaide
Civil # 1:CV-01-280

Dear D'Andrea,

Enclose please find one (1) original and one (1) copy of Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories to Defendants for filing with your office, pursuant to this Court order dated April 26, 2004.

Thank you very much.
James Williams