```
Fri May 28 09:55:16 2004

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.   111 141020
Cashier         pamela

Tender Type   CHECK

Check Number: 91511

Transaction Type   AR

DØ Code    Div No       Acct
  4667       1         5100PL

Amount          $      3.17

    SCI GREENE 169 PROGRESS DR WAYNESBU
RG, PA 15370

PARTIAL FEE IN 01-CV-280



bn
```

FILED
HARRISBURG

MAY 28 2004

MARY E. D'ANDREA
re: _____
DEPUTY CLERK