To: Mary E. D'Andrea
Clerk of Court
235 North Washington Ave
P.O. Box 1148
Scranton, PA. 18501-1148

James Williams
AY-8692
S.C.I. Mahanoy
301 Morea Road
Frackville, PA. 17932

May 31, 2004

RE: Williams vs Spaide
Civil No# 1:cv-01-280

FILED
SCRANTON

JUN 04 2004

PER _____
DEPUTY CLERK

Change of Address

Dear D'Andrea.

This notice is to inform your office as of Tuesday June 1, 2004 I'll be temporary housed at S.C.I. Mahanoy 301 Morea Road Frackville, PA. 17932-0001 (570) 773-2158

Unfortunately the D.O.C. for unknown reasons decided to have me transferred back to S.C.I. Mahanoy where the assault took place on Mr. Spaide Unit Manager at Mahanoy. This pending civil suit are still active.

Hopefully, no further incident will occur while I'm here. My question to your office can I amend my civil suit against the D.O.C./ Mr. William who's in charge of all transferred based on his deliberate indifference of my safety for having me transferred back to S.C.I. Mahanoy knowing I have a separation against Spaide.

James Williams

Williams AY-8692
DA-7518 SCI 2
475 Progress Drive
Waynesburg, PA., 15370

PA. DEPT.
OF CORRECTIONS



JUN 01 04
WAYNESBURG PA
PB METER 7034640
$0.37
U.S. POSTAGE

To: Mary E. O'Andrea (Clerk of Court)
U.S. District Court For Middle District, PA
235 North Washington Ave. P.O. Box 1148
Scranton, PA. 18501-1148