<u>In The United States District Court</u>
<u>For The Middle District of Pennsylvania</u>

James H. Williams
   Plaintiff

No# 1:CV-01-0280

vs

Richard L. Spaide
   Defendants

(Judge Kane)

<u>Motion For Injunction</u>

    This is a pro se inmate's civil rights action brought pursuant to 42 U.S.C § 1983. James H. Williams ("Plaintiff") is an inmate currently "Temporary" housed at the State Correctional Institution (S.C.I.) Mahanoy. 301 Morea Road Frackville, PA. 17932 for Court appearance at Schuylkill County

    February 2001. Plaintiff's filed an complaint against Richard L. Spaide Unit Manager at S.C.I. Mahanoy and other Defendants. Specifically. Plaintiff's threaten Spaide by way of Request Slip. Thereafter. Spaide and other official had Plaintiffs Returned back on Spaide Unit after serving 60 days disciplinary as a Result. An Assault occurred. Plaintiff's allege Spaide Assaulted him with Elbow. S.C.I. Mahanoy had Plaintiff's immediately transferred out of S.C.I. Mahanoy same day Feb 8.99 to another Institution. Seperation from staff Spaide. thereafter. S.C.I. Mahanoy filed Criminal charges against Plaintiff's for Assaulting Spaide

    Plaintiff's fear for his life and safety while housed at S.C.I. Mahanoy. and concerned for his legal document in staff hands. I only waited this long because staff kept telling me I'll be returned back to Green A.S.A.P. to no avail.

Plaintiff's parent Institution is S.C.I. Greene 175 Progress Drive Waynesburg PA. 15370

On June 1, 2004 Plaintiff's was transferred from S.C.I. Greene to S.C.I. Mahanoy for court dated June 2, 2004.

1. Mr. Donald Williamson, Coordinator/Diagnostic & Classification Bureau of Inmate Services at PA. Dept of Corrections P.O. Box 598 Camp Hill, PA. 17001-0598 (717) 975-4859

Is Responsible (His office) for all inmates Transfer, his office on February 9, 99 Approved my seperation and Transfer from Spaide at S.C.I. Mahanoy where Spaide still works at to date.

Mr. Williamson is constantly having me returned back to S.C.I. Mahanoy being deliberate indifference toward my safety by placing me back inside an Hostle environment S.C.I. Mahanoy.

August 1999, his office approved my transfere back to Mahanoy because Pa. State Police made the request which I expressed my concerns then, he responded October 7, 1999 while I was at Mahanoy

"my office is unaware of any further need for transfer at this point. Should you have concerns about your return to S.C.I. Mahanoy for court, share this information with your Attorney for a possible alternate institutional placement."

Unfortunately, as always I Plaintiff's is prose on his Criminal Case for Assault. Now Mr. Williamson claims that Schuylkill Sheriff made the request and/or D.A. office for me to be transfer back to Mahanoy for court. Williamson should of denied their request, Sheriff have transfer Plaintiff's more than once from Greene for court themselves.

As of June 2, 2004 Plaintiff's had completed all proceeding with the court and still remain at Mahanoy as of June 11, 2004. Mahanoy has made other transfere since June 2, 2004, they say its up to Williamson to approve my return back to Greene. Obvious he's waiting for another assault to occur. (After my Ct appearance was completed I should have been returned)

Whereas, Plaintiff's request that this Court grant an injunction and order Williamson to have me returned back to S.C.I. Greene and prohibit Mr. Williamson from having me returned back to S.C.I. Mahanoy in the near future for safety reason.

Respectfully submitted
James Williams

Date, June 11, 2004                (2)

<u>In the United States District Court
For the Middle District of Pennsylvania</u>

James H. Williams

vs

Richard L. Spaide

No# 1:CV-01-0280

<u>Certificate of Service</u>

I, James Williams, pro se, hereby certify that on June 11, 2004, I served a true and correct copy of the foregoing Plaintiff's Motion for Injunction, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Linda S. Lloyd (D.A.G)
Office of Attorney General
15th Floor, Strawberry Square
Litigation Section
Harrisburg PA. 17120

Respectfully Submitted
James Williams pro se

James Williams AY-8692
301 Morea Road
Frackville, PA. 17932

NAME Williams
NUMBER AY-8692
301 MOREA ROAD
FRACKVILLE, PA 17932

(Injunction)
(Legal-Mail)

To: office of the clerk
U.S. District court Middle District
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108