## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | |
| Plaintiff | : | |
| | : | No. 1:01-CV-0280 |
| v. | : | |
| | : | Judge Kane |
| RICHARD L. SPAIDE, | : | |
| Defendant | : | Electronically Filed Document |

### ORDER

AND NOW, this _____ day of _____, 2004, it is ORDERED that Defendant Spaide's First Request for Enlargement of Time to File A Dispositive Motion and Supporting Brief is GRANTED. The parties shall have until on or before July 26, 2004, to file any dispositive motions and supporting briefs.

BY:

_____
JUDGE YVETTE KANE