UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2823

Williams v. Dragovich
(M.D.PA No. 01-cv-00280)

To: Clerk

1) Letter construed as Motion to Amend Clerk's Order Assessing Fees

---

The foregoing motion is granted. The Clerk's Order of April 22, 2004 shall be amended to reflect that the correct amount of the docketing and filing fees attributable to this appeal is $105.00.

A True Copy:

_Marcia M. Waldron_
Marcia M. Waldron,
Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: June 21, 2004
CMD/cc: Mr. James Williams
        Linda S. Lloyd, Esq.