OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

**Harrisburg** Clerk                                                    Date_____**6/21/04**_____
  (District)

**Williams v. Dragovich**                                         C. of A. No.<u>03-2823</u>
  (Caption)

James Williams
  (Appellant)

01-cv-00280
  (D.C. No.)

Enclosures:

_____**6/21/04**_____  Certified copy of C. of A. Order by the Court /**Clerk**
       (Date)

_____  Released (Record) (Supplemental Record - First - Second - Third)

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in lieu of Record to this office.

____ The certified copy of Judgement issued as the mandate on _____ is recalled.

                                     ____Chiquita Dyer____   (267)-299-<u>4919</u>
                                        Case Manager            Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)