bn

Mon Jun 28 13:46:52 2004

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 141223
Cashier           pamela

Tender Type  CHECK

Check Number: 92187

Transaction Type   AR

DO Code    Div No      Acct
 4667        1        5100PL

Amount              $    15.88

SCI GREENE A69 PROGRESS DRIVE WAYNE
SBURG, PA 15370

PARTIAL FILING FEE IN 01-CV-280

**FILED**              bn
HARRISBURG, P

MARY E. D'ANDREA, CLERK
Per_____
              Deputy Clerk