**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | |
| Plaintiff | : | CIVIL NO. 1:CV-01-280 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| RICHARD L. SPAIDE, | : | |
| Defendant | : | |
| | : | |

## ORDER

AND NOW, THIS 6th DAY OF JULY, 2004, upon consideration of the Defendant's first motion for enlargement of time (Doc. 47) to file dispositive motions and supporting briefs, said motion is hereby **GRANTED**, and the parties shall file all dispositive motions and supporting briefs on or before July 26, 2004.

                                                                     S/ Yvette Kane
                                                                     YVETTE KANE
                                                                     United States District Judge