**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | |
| Plaintiff | : | |
| | : | No. 1:01-CV-0280 |
| v. | : | |
| | : | Judge Kane |
| RICHARD L. SPAIDE, | : | |
| Defendant | : | Electronically Filed Document |

**DEFENDANT SPAIDE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Spaide, through his counsel, moves the Court to enter summary judgment in his favor on all remaining issues because there are no material facts in dispute and Defendant Spaide is entitled to summary judgment as a matter of law.

**WHEREFORE**, Defendant Spaide's motion for summary judgment should be granted in its entirety and the case filed closed.

                                              Respectfully submitted,

                                              Gerald J. Pappert
                                              Attorney General

                                  By:   *Linda S. Lloyd*
                                              LINDA S. LLOYD
                                              Deputy Attorney General
                                              I.D. #PA66720

| | |
|---|---|
| Office of Attorney General | SUSAN J. FORNEY |
| 15th Floor, Strawberry Square | Chief Deputy Attorney General |
| Litigation Section | Chief, Litigation Section |
| Harrisburg, PA  17120 | |
| (717) 705-7327 (Phone) | COUNSEL FOR |
| (717) 772-4526 (FAX) | DEFENDANT SPAIDE |
| llloyd@attorneygeneral.gov | |

Dated: July 22, 2004

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | |
| Plaintiff | : | |
| | : | No. 1:CV-01-0280 |
| v. | : | |
| | : | Judge Kane |
| RICHARD L. SPAIDE, | : | |
| Defendants | : | Electronically Filed Document |

## CERTIFICATE OF SERVICE

I, Linda S. Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on July 22, 2002, I served a true and correct copy of the foregoing Motion for Summary Judgment, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

**James H. Williams, AY-8692**
**SCI Greene**
**175 Progress Drive**
**Waynesburg, PA  15370**

                                                *s/ Linda S. Lloyd*
                                                LINDA S. LLOYD
                                                Deputy Attorney General