**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES H. WILLIAMS, | : | |
| Plaintiff | : | |
| | : | No. 1:01-CV-0280 |
| v. | : | |
| | : | Judge Kane |
| RICHARD L. SPAIDE, | : | |
| Defendant | : | Electronically Filed Document |

## ORDER

AND NOW, this _____ day of _____, 2004, after consideration of Defendant Spaide's Motion for Summary Judgment and any opposition thereto, it is HEREBY ORDERED that Defendant Spaide's Motion for Summary Judgment is GRANTED and all remaining claims are dismissed. The Clerk is directed to close the case.

BY:

_____
JUDGE YVETTE KANE