| FORM DC-141 Rev. 6-84 | PART I | COMMONWEALTH OF PENNSYLVANIA | | | A 103901 |
|---|---|---|---|---|---|
| ☒ MISCONDUCT REPORT ☐ OTHER | | DEPARTMENT OF CORRECTIONS | | | |

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| AY-8692 | William, James | SCI-MAH | 0805 | 8 Feb 99 | 8 Feb. 99 |

| Quarters | Place of Incident |
|---|---|
| I/B 1032 | I Unit Lobby |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| Staff | Dave Steinhilber CO1 | ✓ | | DT-1618 | Bryant, Keith | | ✓ |
| Staff | Pete Williams CO1 | ✓ | | DT-2992 | Crockett, Darnell | | ✓ |
| Staff | Richard Spaide U.M. | ✓ | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION** Class 1 Cat. A #1a. Assault including any aggressive physical contact with a potential for injury towards an employee. Class 1 Cat. B #7 Refusing to obey an order.

**STAFF MEMBER'S VERSION** On the above date and time this officer, while worked the "I" unit control room, did see inmate AY8692 Williams tackle Mr. Spaide ("I" unit manager) as he entered I/B pod and repeatedly punch Mr. Spaide about his head and face. Officer Steinhilber gave inmate Williams several orders to stop his actions and to let him go, but continued his assault and had to physically pulled off Mr. Spaide and restrained by Officers Steinhilber & Williams, P.

Mr. Spaide was treated at the institutional infirmary and the outside hospital for injuries sustained as a result of the assault.

**IMMEDIATE ACTION TAKEN AND REASON** Remain A.C. status pending action by the Hearing Examiner

**PRE-HEARING CONFINEMENT** ☐ YES ☒ NO   IF YES: TIME N/A   DATE N/A

☒ FORMS GIVEN TO INMATE REQUEST FOR WITNESSES AND REPRESENTATION   ☒ INMATE'S VERSION

**REPORTING STAFF MEMBER SIGNATURE AND TITLE**: Richard M. Wisner CO II WISNER

**ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE**: Capt. Shipley

**DATE AND TIME INMATE GIVEN COPY**: DATE 2/9/99   TIME 1125 HRS

**YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER** DATE 2-10-99   TIME 0800

**Misconduct Category**: ☒ CLASS 1   ☐ CLASS 2

**Signature of Person Serving Notice**: William Call CO II

### NOTICE TO INMATE
You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no furth guilty of a Class I misconduct, any pre-release status you have will be revoked.

EXHIBIT 2