COMMONWEALTH OF PENNSYLVANIA
COMMITMENT

Mag. Dist. No.: **21-3-05**

DJ Name: Hon. **WILLIAM A. SLEZOSKY**
Address: **930 WEST CENTER STREET MAHANOY CITY, PA**
Telephone: **(570) 773-1518  17948**

DISTRICT ATTORNEY:

**MICHAEL A. O'PAKE, ESQ.
101 N. CENTRE ST.
PO BOX 1040
POTTSVILLE, PA 17901**

COMMONWEALTH OF PENNSYLVANIA
VS.
DEFENDANT: NAME and ADDRESS
**WILLIAMS #AY 8692, JAMES
301 MOREA ROAD
SCI MAHANOY
FRACKVILLE, PA 17932**

Docket No.: **CR-0000141-99**
Date Filed: **6/17/99**
OTN: **E 934984-1**
Date of Birth: **5/09/64**
SSN: **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**

Charge(s):

| 18 §2702 §§A2 AGGRAVATED ASSAULT |
| 18 §2702 §§A3 AGGRAVATED ASSAULT |
| 18 §2703 §§ ASSAULT BY PRISONER |

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:
You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

[ ] A PERIOD OF _____ DAYS UNTIL _____

[X] A HEARING AT

| Date: | 9/01/99 | Place: DISTRICT COURT 21-3-05 |
| Time: | 12:00 PM | 930 WEST CENTER STREET MAHANOY CITY, PA 17948 |

[ ] A FURTHER HEARING

| Date: | Place: |
| Time: | |

[ ] COMMON PLEAS COURT ACTION

[ ] OTHER: _____

CURRENT AMOUNT OF BAIL: **10,000.00    STRAIGHT BAIL**
COMMITMENT REASON: **BAIL NOT POSTED**

Witness my hand and official seal this **17th** day of **August 99**.

**8-17-99** Date  _[signature] William A. Slezosky_, District Justice

My commission expires first Monday of January, **2004**.

SEAL

Certified from the Records this 9th day of March, A.D. 2001
[signature] Stephen M. Lukach, Jr.
Clerk of Court
SEAL OF THE CLERK OF COURT, Pottsville, Schuylkill County, Pa.
My Commission Expires 1st Monday of 2004

EXHIBIT 3

AOPC 609-99

| DC-300B (PART I) Rev. 7/99 | Type or Print Legibly |
|---|---|
| **COURT COMMITMENT** STATE OR COUNTY CORRECTIONAL INSTITUTION Commonwealth of Pennsylvania vs. Williams, James COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX) | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS BOX 598 CAMP HILL, PA. 17001-0598 Attn: Central Office Records NOTE: Additional supply of this form available at above address ☐ DC-300B (PART II) attached |

| SEX | Date of Birth | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|---|---|---|---|---|---|
| ☐ F ☒ M | 5-9-64 | | E934984-1 | ☐ | ☒ |

| COMMITTING COUNTY Schuylkill | COURT NUMBER 1006 | DATE-TERM 99 |
|---|---|---|

| MANDATORY SENTENCE | ☐ Yes | ☐ No | COUNTY REFERENCE #: 18623 |
|---|---|---|---|
| BOOT CAMP RECOMMENDED | ☐ Yes | ☐ No | |

The above defendant after ☐ Pleading guilty ☐ Nolo contendre ☒ Being found guilty ☐ GBMI

was on **August 8**, 20**01**, sentenced by Judge **Jacqueline L. Russell**
to a term of not less than **6** years, ___ months, ___ days nor more than **12** years, ___ months, ___ days, or _____ for the offense of
**Aggravated Assault - Count I** (Section **CC 2702A2**) of the
Crimes Code) or (other statute) _____. It is further ordered that the said defendant be delivered by the proper authority to and treated as the law directs at the _____
facility located at _____.

| Fine: Amount $ ___ Balance $ ___ | Cost: Amount $ 233.50 Balance $ 233.50 | Restitution: Amount $ ___ Balance $ ___ |
|---|---|---|

| CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE) | EFFECTIVE DATE OF SENTENCE 8-8-01 |
|---|---|

THIS SENTENCE IS CONCURRENT WITH:

THIS SENTENCE IS CONSECUTIVE TO: **Sentence Presently Serving At Greene County**

| PROSECUTING ATTORNEY Michael O'Pake | DISPOSITION ON NON-INCARCERATION OFFENSE(S) |
|---|---|
| DEFENSE ATTORNEY Pro Se | Count I Aggravated Assault (CC 2702A3) merges for the purpose of sentencing. |
| COURT REPORTER Susan Grube | Count 3 - Simple Assault (CC 2701A1) merges for the purpose of sentencing. |

(THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE)

In witness, whereof I have hereunto set my hand and seal of said court, this **13th** day of **August**, **2001**.

SEAL OF THE SEAL OF COURT
Stephen M. Lukach, Jr.
Pottsville, Schuylkill County, Pa.
My Commission Expires 1st Monday of 2004
(SEAL)

AUTHORIZED SIGNATURE

CC: SCF-GRN Business Office

| COURT COMMITMENT CONTINUATION SHEET STATE OR COUNTY CORRECTIONAL INSTITUTION Commonwealth of Pennsylvania | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS BOX 598 CAMP HILL, PA. 17001-0598 Attn: Central Office Records |
|---|---|
| Williams vs. James COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX) | NOTE: Additional supply of this form available at above address |

COURT NUMBER 99-1006     OFFENSE TRACKING NUMBER (OTN) E 934 984-1

MANDATORY SENTENCE: ☐ Yes ☐ No
BOOT CAMP RECOMMENDED ☐ Yes ☐ No
COUNTY REFERENCE #: 18623

The above defendant after ☐ Pleading guilty  ☐ Nolo contendre  ☒ Being found guilty  ☐ GBMI

was on August 8, 2001, sentenced by Judge Jacqueline L. Russell to a term of not less than 5 years, ___ months, ___ days nor more than 10 years, ___ months, ___ days, or _____ for the offense of Assault By Prisoner - Count 2 (Section CC 2703) of the Crimes Code) or (other statute) _____

Fine: Amount $ ___ Balance $ ___
Cost: Amount $ ___ Balance $ ___
Restitution: Amount $ ___ Balance $ ___

CREDIT FOR TIME SERVED -
EFFECTIVE DATE OF SENTENCE 8-8-01
THIS SENTENCE IS CONCURRENT WITH: Count 1 Agg Assault
THIS SENTENCE IS CONSECUTIVE TO:

---

COURT NUMBER ___     OFFENSE TRACKING NUMBER (OTN) ___

MANDATORY SENTENCE: ☐ Yes ☐ No
BOOT CAMP RECOMMENDED ☐ Yes ☐ No
COUNTY REFERENCE #:

The above defendant after ☐ Pleading guilty  ☐ Nolo contendre  ☐ Being found guilty  ☐ GBMI

was on _____, _____, sentenced by Judge _____ to a term of not less than ___ years, ___ months, ___ days nor more than ___ years, ___ months, ___ days, or _____ for the offense of _____ (Section _____) of the Crimes Code) or (other statute) _____.

Fine: Amount $ ___ Balance $ ___
Cost: Amount $ ___ Balance $ ___
Restitution: Amount $ ___ Balance $ ___

CREDIT FOR TIME SERVED
EFFECTIVE DATE OF SENTENCE
THIS SENTENCE IS CONCURRENT WITH:
THIS SENTENCE IS CONSECUTIVE TO:

In witness to the above sentence(s) for offense(s) as well as those found on the reverse side of this document, I hereunto set my hand and seal of said court, this 13th day of August, 2001.

(SEAL) SEAL OF THE CLERK OF COURT
Stephen M. Lukach, Jr.
Pottsville, Schuylkill County, Pa.
My Commission Expires 1st Monday of 2004

Authorized Signature

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : No. 1006-99

vs.

JAMES H. WILLIAMS,
              Defendant

**FILED**

AUG 1 0 2001

Stephen M. Lukach
Clerk of Courts
Per _____

District Attorney's Office - for the Commonwealth
James H. Williams - Defendant

### ORDER OF COURT

RUSSELL, J.

    AND NOW, this 8th day of August, 2001, following hearing herein, it is hereby

ORDERED Defendant is sentenced as follows:

    **COUNT 1 - AGGRAVATED ASSAULT - Attempt to Cause Serious Bodily Injury (18 Pa.C.S. 2702(a)(2) )** - Pay the costs of prosecution, serve a period of incarceration of not less than 6 years nor more than 12 years at a state correctional facility. This sentence shall be served consecutive to any and all sentence(s) Defendant is now serving.

    **AGGRAVATED ASSAULT - Attempt to Cause and Causing Bodily Injury (18 Pa.C.S. 2702(a)(3) )** -  Merges for the purpose of sentencing.

    **COUNT 2 - ASSAULT BY PRISONER (18 Pa.C.S. 2703)** - Pay the costs of prosecution, serve a period of incarceration of not less than 5 years nor more than 10 years <u>concurrent</u> to the sentence imposed at Count 1 but consecutive to any and all sentences Defendant is now serving.

    **COUNT 3 - SIMPLE ASSAULT (18 Pa.C.S. 2701(a)(1) )** - Merges for the purpose of sentencing.

    Defendant was advised of and acknowledged understanding his post-sentence rights. Attorney Bushinski shall remain serving as stand-by counsel for and during any further proceedings before this Court.

Certified from the Records this 13TH day of August A.D. 20 01

SEAL CLERK OF COURT
Stephen M. Lukach, Jr.
Pottsville, Schuylkill County, Pa.
My Commission Expires 1st Monday of 2004

BY THE COURT,

_Russell,_ J.

2001 AUG 10 P 3:03 CLERK OF COURTS OFFICE

IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
SCHUYLKILL COUNTY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : Criminal Action No. 99-1006
:
VS.                           : Pros: Tpr. Jeffrey J. Szczecina
:
JAMES WILLIAMS                :

THE DISTRICT ATTORNEY OF SCHUYLKILL COUNTY, by this Information charges that on or about Monday, the 8th day of February, 1999, in said County of Schuylkill, did:

**COUNT 1:**
**AGGRAVATED ASSAULT - POLICE OFFR., ETC. - (FELONY)**
did attempt to cause, or intentionally, knowingly, or recklessly did cause serious bodily injury to Richard L. Spaide, Unit Manager, State Correctional Institution at Mahanoy, in the performance of duty; and/or did attempt to cause, or intentionally or knowingly did cause bodily injury to Richard L. Spaide, Unit Manager, State Correctional Institution at Mahanoy, in the performance of duty, all of which constitutes Aggravated Assault, in violation of Section 2702(a)(2)(3) of the Pennsylvania Crimes Code, Act 75(1) of August 31, 1996, [18 Pa.C.S. Section 2702(a)(2)(3)].

**COUNT 2:**
**ASSAULT BY PRISONER WITH DEADLY WEAPON - (FELONY 2)**
being a person who has been sentenced to imprisonment for a term of years at the State Correctional Institution at Mahanoy, Township of Mahanoy, said County, while so confined or committed did intentionally and knowingly commit an assault upon Richard L. Spaide, Unit Manager, State Correctional Institution at Mahanoy, by means of force likely to produce serious bodily injury, all of which constitutes Assault by Prisoner, in violation of Section 2703 of the Pennsylvania Crimes Code, Act of December 6, 1972, [18 Pa.C.S. Section 2703].

**COUNT 3:**
**SIMPLE ASSAULT - (MISDEM 2)**
did attempt to cause, or intentionally, knowingly or recklessly did cause bodily injury to another, namely, Richard L. Spaide, all of which constitutes Simple Assault, in violation of Section 2701(a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, [18 Pa.C.S. Section 2701(a)(1)].

Citation of Statute:
    and Section: 18 Pa.C.S. Section 2702(a)(2)(3)
                  18 Pa.C.S. Section 2703
                  18 Pa.C.S. Section 2701(a)(1)

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
Attorney for the Commonwealth