```
Tue Aug  3 11:14:50 2004

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.    111 141451
Cashier        jill

Tender Type  CHECK

Check Number: 92985

Transaction Type   AR

D0 Code    Div No     Acct
4667         1       5100PL

Amount            $    14.58

SCI GREENE 169 PROGRESS DR. WAYNESB
URG, PA 15370

PARTIAL FILING FEE FOR APPEAL IN CV
-01-280 USCA NO. 03-2823
```

CV-01-280
USCA No. 03-2823

**FILED**
HARRISBURG, PA

AUG  3 2004

MARY E. D'ANDREA, CLERK
Per _____