```
Tue Aug 24 10:42:24 2004

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.    111 141586
Cashier           jill

Tender Type  CHECK

Check Number: 93445

Transaction Type   AR

DØ Code    Div No      Acct
 4667        1        5100PL

Amount            $    50.03

SCI GREENE 169 PROGRESS DR. WAYNESB
URG, PA 15370

PARTIAL FILING FEE FOR APPEAL IN CV
-01-280 USCA NØ. 03-2823
```

CV-01-280
USCA No. 03-2823

FILED
HARRISBURG, PA

AUG 2 4 2004

MARY E. D'ANDREA, CLERK
Per _____