IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES H. WILLIAMS,** | : | |
| **Plaintiff,** | : | **CIVIL NO. 1:CV-01-0280** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **RICHARD L. SPAIDE,** | : | |
| **Defendant.** | : | |

## O R D E R

AND NOW, THIS 1st DAY OF November, 2004, upon consideration of Plaintiff's motion for enlargement of time (Doc. 57) to file a response to Defendants' statement of material facts and a brief in opposition to Defendants' motion for summary judgment, said motion is hereby **GRANTED**, and the Plaintiff shall have ten (10) days from the date of this Order to file said reply and brief in opposition.

                                                             S/ Yvette Kane
                                                            YVETTE KANE
                                                            United States District Judge