# Exhibit A

Sgt
Library

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms. Sebeck Law-Librarian | 2. Date:<br>Oct 7, 2004 |
| 3. By: (Print Inmate Name and Number)<br>James Williams AY-8692<br>*James W. Williams*<br>Inmate Signature | 4. Counselor's Name |
| | 5. Unit Manager's Name |
| 6. Work Assignment | 7. Housing Assignment<br>G-D12 |

8. Subject: State your request completely but briefly. Give details.

I'm in need of having some legal documents photo copied on your next visit. Stop at cell.

Thank you.
J.W.

9. Response: (This Section for Staff Response Only)

Give it to your CO or put it in the mail.

To DC-14 CAR only ☐                    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ Print    _____ Sign    Date 10/12/04

Revised July 2000

# ATTENTION

Effective **January 10, 2000** there will be a change in the system by which you submit requests to the main law library for cases, photocopies, inter-library loans, and legal packets. Requests for legal cases are to be forwarded through institution mail to the main library. Once the cases are copied, they will be returned to you in large envelopes via institutional mail. Remember, these are copies of published legal cases and are **NOT** considered personal or confidential. You should reuse the large envelopes to return your cases to the library by institution mail.

Requests for photocopies of confidential materials, inter-library loan requests, and legal packets will be collected by the Unit Manager prior to the Tuesday and Thursday legal distribution and pick-up time schedule between 11:30 AM and 1:30 PM. Photocopy requests should have a signed cash slip attached with clear instructions as to how many copies of each page of material is needed. Once the copies have been made, a staff member from the Education Department will deliver these photocopies to the Unit Managers. The Unit Managers will distribute the copies directly to you. All requests for legal packets and inter-library loan photocopies will also be mailed to you in envelopes via institution mail.

Again use the envelope to make your returns.

If you have questions, write to Ms. Turner in the main library.

## PLEASE DISTRIBUTE TO ALL RHU INMATES

_____
Paul J. Stowitzky
Deputy Superintendent
For Centralized Services

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

98655

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: S.C.I. Greene | DATE: October 12, 2004 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: James Williams | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On October 7, 2004 I submitted a Request Slip to Law Library staff Requesting they stop at my cell for Tuesday October 12, 2004 for legal material to be photo copied and returned Thursday October 14, 2002, per S.C.I. Greene policy dated January 10, 2000 which I still have, instead of personally collecting my confidential material. T. Higgins answered my Request Slip stating, give it to your C/O or put it in the mail. No-one from Law Library came around to collect legal material for photo copying. Today Lt. Lubaw handed out all law cases when I tried to hand him my legal material for copying, he stated Law Library already left. When he was passing out law cases he handed me my Request Slip. I have no law date with the court for 2/1/04 who is going

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Spoke with Lt Lubaw 2 to 10 shift on I POD who handed me my Request Slip Requesting legal document to photo copied. Wrote white to unit manager not being sent to Law Library. Also spoke with POD officer further witness and

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____   _____
Signature of Facility Grievance Coordinator                Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-ADM 804, Inmate Grievance System
DC-804
Part 2

*Attachment B*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. 98655

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Williams, James | AY 8692 | SCI-GRN | GD 12 | 10-12-04 |

The following is a summary of my findings regarding your grievance:

Grievance number 98655, submitted on October 12, 2004 was sent to me for investigation. I have reviewed the information and respond to your issues after discussion and review with the librarian.

There is no policy to cover your assertion that someone from the library must personally collect request slips or personally hand you legal copies. Mail that is addressed to you is delivered by the officer, as you state. A recent memo from the library and Captain Grainey dated October 4, 2004 explains this procedure.

Please note that to ensure timely response to receiving your papers, you should submit them in advance of the due date because the library makes and delivers hundreds of copies on their twice-weekly schedule. The library is not collecting and delivering on demand, but on a schedule, and they are not required to personally pick up mail, although they will take something (that is ready to go) from someone who receives a delivery. You can submit requests every day through the mail. Items are received daily, and returned on Tuesday and Thursday afternoons.

This grievance is resolved with no further action needed.

cc:    Deputy Area
       Grievance Coordinator
       DC-15
       File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Catherine L. Morelli<br>Corrections School Principal | *Catherine L. Morelli* (signed) | 10-21-04 |

In the United States District Court
For the Middle District of Pennsylvania

James H. Williams
(Plaintiff)

vs

Richard L. Spaide
(Defendant)

Civil No# 1:CV-01-0280

Judge Kane

## Certificate of Service

I, James H. Williams, AY-8692, pro se, hereby certify that on November 11, 2004 I served a true and correct copy of Motion for Enlargement of Time and Motion to Compel S.C.I. Greene to provide adequate legal service for photo copying documents By causing it to be deposited in the United States Mail, first class postage prepaid to the following.

Linda S. Lloyd (D.A.G)
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

Date Nov. 11, 2004

Respectfully Submitted
James Williams
AY-8692
175 Progress Dr
Waynesburg, Pa. 15370

To: Office of the Clerk
U.S. District Court House
228 Walnut St. P.O. Box 983
Harrisburg, Pa. 17108

James Williams
AY-8692
175 Progress Dr
Waynesburg, Pa. 15370

November 11, 2004

RE: Williams vs Spaide
Civil No# 1:CV-01-0280

Dear Clerk

Enclose please find one (1) original and attached Exhibit "A" only for
Motion for Enlargement of time and motion to Compel S.C.I. Greene to provide adequate legal service for photo copying Plaintiff documents.

Plaintiff is only able to provide this court with original only and mail Defendant with carbon copy of motion with-out Exhibits "A" do to the problem Plaintiff are having with S.C.I. Greene staff not providing adequate legal photo copying service. denying Plaintiff access with the courts.

P.S. If possible could the clerk forward Defendant a copy of Exhibit "A" which consist of only four (4) pages. Plaintiffs is unable to provide such copies.

Truly yours
James Williams
pro se