In the United States District Court For the Middle District of Pennsylvania

James H. Williams
(Plaintiffs)

vs

Richard L. Spaide
(Defendant)

Civil No# 1:CV-01-0280

(Judge Kane)

FILED
HARRISBURG, PA
MAR 09 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## Motion For Reconsideration

Pursuant to Rules 2.10 of the Federal Rules of Civil Procedures Plaintiffs James H. Williams, AY-8682, pro se, Move this Court for Reconsideration of the Memorandum and order dated February 28 2005.

1. Granting Defendants motion for summary judgment (Doc 51) on Plaintiffs claim of being deliberately indifference toward Plaintiffs safety when Defendant conspired to have Plaintiffs returned back on his Unit after being threaten with bodily harm by Plaintiffs resulting in Plaintiffs being Assaulted with Elbowed by Defendant Richard L. Spaide.

2. Defendants Motion for Summary judgment should not have been granted on the ground. Plaintiffs failure to exhaust administrative Remedies from February 8, 1999 incident with Defendant.

A) Plaintiffs brief in opposition to Defendant's motion for summary judgment dated December 13, 2004 pages" 19 thru 29 with attached Exhibits "G thru J." supports exhaustion of administrative Remedies contrary to Court Memorandum order pg# 3-5. Resulted in clear error of law and manifest injustice. Plaintiffs Exhibits does not stop at Exhibit "G" and pg# 19 thru 21, on exhaustion claims.

3. A concise brief in Support of this motion will be submitted within ten (10) days, pursuant to local Rule 7.5 of Middle District of Pa.

Wherefore, Memorandum and order should be Reconsidered.

Date March 7, 2005

Respectfully Submitted
James H. Williams

In the United States District Court For the Middle District of Pennsylvania

James H. Williams
(Plaintiffs)

vs

Richard L. Spaide
(Defendant)

Civil No# 1:CV-01-0280

(Judge Kane)

## Certification of Service

I, James H. Williams, Plaintiffs pro se, hereby certify that on March 7, 2005, I served a true and correct copy of the foregoing Motion for Reconsideration by causing it to be deposited in the United States Mail First class postage pre-paid to:

Linda J. Lloyd (D.A.G)
Office of Attorney General
Litigation Section
15th Floor Strawberry Square
Harrisburg, Pa. 17120

Date March 7, 2005

Respectfully Submitted
James Williams

James Williams AY-8682
175 Progress Drive
Waynesburg, Pa. 15370

To: Office of the clerk  
U.S. District Court House  
228 Walnut St. P.O. Box 983  
Harrisburg, Pa. 17108

James Williams  
AY-8692  
175 Progress DR  
Waynesburg, Pa. 15370

March 7, 2005

RE: <u>Williams vs Spaide</u>  
Civil No# 1:CV-01-0280

Dear clerk;

Enclose please find one (1) original and two (2) copies of <u>Motion for Reconsideration</u>, with certificate of service.

2. Plaintiff's brief in support of Motion for Reconsideration will be submitted within ten (10) days.

3. This motion is being submitted pursuant to this court <u>Memorandum and Order</u> dated February 28, 2005

Truly yours  
James Williams

Williams AY-8692
175 Progress Drive
Waynesburg, PA., 15370



INMATE MAIL
PA DEPT
OF CORRECTIONS

To: Office of the Clerk
U.S. District Court House
228 Walnut St. P.O. Box 983
Harrisburg, Pa. 17108