To: office of the clerk
U.S. District Court House
228 Walnut St. P.O. Box 983
Harrisburg, Pa. 17108

James Williams
AY-8622
175 Progress Dr
Waynesburg, Pa. 15370

April 7, 2005

RE: Williams vs Spaide
Civil # 1:CV-01-0280

Correspondent

FILED
HARRISBURG, PA
APR 11 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Clerk,

On March 16, 2005, Plaintiffs submitted Brief in Support of Motion for Reconsideration.

On or about March 7, 2005 Motion for Reconsideration was filed, which Respondent was served on both occasion.

1. Plaintiffs need to know, have your office Rec'd both documents for filing?

2. Have Defendant filed Brief in opposition to Plaintiffs brief for Reconsideration?

3. As of this date April 7, 2005 (Thursday) Plaintiffs have not rec'd any brief from Defendants to date.

Attached is self address envelope for your Reply

P.S. Plaintiffs have cash slip/ mailing receipt to prove he filed a timely motion for Reconsideration. I'll await your Reply.

Truly yours
James Williams

Williams AY-8682
175 Progress Drive
Waynesburg, PA., 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

$00.37⁰  APR 08 2005
MAILED FROM ZIP CODE 15370

To: Office of the Clerk
United States District Court House
228 Walnut St. P.O. Box 983
Harrisburg, Pa. 17108