ORIGINAL

Office of the Clerk
U.S. District Court House
228 Walnut St. P.O. Box 983
Harrisburg, Pa. 17108

James Williams
AY-8692
175 Progress Dr.
Waynesburg, Pa. 15370

July 13, 2005

RE: Williams vs Spaide
    Civil No# 1:CV-01-0280

Correspondence

FILED
HARRISBURG, PA
JUL 18 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Clerk;

On February 28, 2005 Plaintiffs James H. Williams, pro se, Received memorandum and order dated Feb 28, 05 dismissing Plaintiffs motion for summary judgement.

On March 9, 05, Plaintiffs filed motion for reconsideration docket #66. and on March 21, 05 filed brief in support of said motion docket #67.

On April 6, 2005 defendant filed brief in opposition to Plaintiffs motion for reconsideration, thereafter, Plaintiffs filed reply brief. docket #68

2. To date, as of July 13, 2005 Plaintiffs have not received any notice or memorandum and order by District judge in response to any of the above motion.

3. Have the court made any ruling yet? If so, please forward Plaintiffs a copy of such order so that Plaintiffs can Appeal.

4. Plaintiffs need to know is case no# 1:CV-01-0280 still pending? Again this court did recd Plaintiffs Brief in support of motion for reconsideration docketed at 67 on March 21, 05. Since then Plaintiffs have been waiting on the Court for an Reply.

Truly yours,

C.C. Lloyd Linda.

James Williams pro se.



Williams  AY-8692
175 Progress Drive
Waynesburg, PA., 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

$ 00.37⁰  JUL 14 2005
MAILED FROM ZIP CODE 15370

To: office of the Clerk
U.S. Middle District Court House
228 Walnut St. P.O. Box 983
Harrisburg, Pa. 17108

(legal mail)